UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| William Jeffery Hester, | ) | Civil Action No. 5:15-cv-2271-RMG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| ACTING COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

Upon consideration of the Consent Notice of Voluntary Dismissal, it is hereby

ORDERED this action be dismissed with prejudice with the exception of Plaintiff's claim to attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The Appeals Council is ordered to give Plaintiff's case the highest time priority.

_____
Richard M. Gergel
United States District Judge

June _15_, 2015